COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

KENNETH H. ARCHIBALD and
ARCHIBALD & ASSOCIATES, INC.,

§

No. 08-25-00166-CV

Appellants,

§

Appeal from the

§

41st District Court

v.

§

of El Paso County, Texas

EL PASO ORTHOPAEDIC SURGERY
GROUP, P.A. and BRETT HENDERSON,
M.D.,

§

(TC# 2015DCV2669)

§

Appellees.

§

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed. *See* Tex. R. App. P. 42.3.

On June 17, 2025, the Clerk of this Court sent Appellants Kenneth H. Archibald and Archibald & Associates, Inc. a letter requesting payment of the required filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by appellate rule from paying costs). The letter notified Appellants that the appeal would be subject to dismissal on or after June 28, 2025, if they failed to pay the filing fee or failed to show an excuse from payment. *See* Tex. R. App. P. 42.3(c) (authorizing an appellate court to dismiss an appeal

where an appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time).

As of this date, Appellants have not paid the filing fee or otherwise shown an excuse from payment. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c). All pending motions are denied as moot.

MARIA SALAS MENDOZA, Chief Justice

July 8, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.